IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TYRONE EVERETT PAYNE,<br><br>               Petitioner,<br><br>vs.<br><br>PAT MCTIGHE; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>               Respondents. | CV 18-120-M-DLC-JCL<br><br>JUDGMENT |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Respondents and against Petitioner Payne.

    Dated this 29th day of November, 2018.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ N. Stephens
                                     N. Stephens, Deputy Clerk